JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY DWAYWE JONES, | Case No. 2:23-cv-4904-DTB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: February 28, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge

1